IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02036-BNB

KAREN L. BASINGER,

    Plaintiff,

v.

DENVER HEALTH HOSPITAL, Denver, and
STATE HOSPITAL, Pueblo,

    Defendants.

## ORDER

On October 21, 2008, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. Plaintiff was directed either to pay an initial partial filing fee of $19.00 or to show cause why she has no assets or no means to pay the initial partial fee by **filing a current certified copy of her trust fund account statement**. On October 28, 2008, Plaintiff filed a Letter as opposed to paying the fee or submitting a current copy of her trust fund account statement.

In the Letter, Plaintiff asserts that her monthly income is $4.83, that she occasionally receives money from her mother and father, and that twenty percent of her income is taken for restitution payments. She contends that she is not able to pay $19.00 as an initial partial payment or on a monthly basis.

Ms. Basinger was not ordered to pay $19.00 on a monthly basis in the October 21, 2008, Order. Furthermore, the certified account statement that she provided to the Court on October 3, 2008, shows that she has an available balance of $100.00 and that

she has received at the least $250.00 in deposits to her account plus had a starting balance in March 2008 of $143.75. If Ms. Basinger does not have $19.00 in her account to pay the initial partial filing fee she must submit a current **certified** copy of her trust fund account statement, as he was instructed to do in the October 21, 2008, Order. Accordingly, it is

ORDERED that Plaintiff shall file a **certified copy** of her inmate trust fund account statement or in the alternative pay the $19.00 initial partial filing fee. **The certified copy shall reflect the balance of Plaintiff's account on the date she received the Court's October 21, 2008, Order.** It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to file a **certified copy** of her trust fund account statement. If she fails to file the **certified copy** within thirty days the Complaint and action will be dismissed without further notice.

DATED October 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-02036-BNB

Karen Basinger
Prisoner No. 118414
La Vista Corr. Facility
1401 W. 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk