IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02036-BNB

KAREN L. BASINGER,

    Plaintiff,

v.

MS. RAE RICE, Head of Medical DWCF,
MS. JUDY BEAMON, Head of Medical LVCF,
DR. POLLACK, DWCF,
NP NANCY NOLA, DWCF,
DR. FISCHER, DWCF,
DR. RAZZAGHI, DWCF,
DENVER HEALTH HOSPITAL, Denver, and
STATE HOSPITAL, Pueblo,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 5 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Karen Basinger initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on November 13, 2008, directing Ms. Basinger to file an Amended Complaint. Plaintiff was instructed to name proper defendants and to assert personal participation by each named defendant. Ms. Basinger, in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), also was instructed to submit an Amended Complaint that explains what each defendant did to harm her, when the defendant did the harmful act, how she was injured, and what specific legal right the defendant violated. Plaintiff was warned that if she failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed.

On January 7, 2009, Ms. Basinger filed a Letter with the Court. In the Letter, she asserts that she is not able to file an Amended Complaint within the time allowed because she has not heard from an attorney. The Court has granted one extension to Plaintiff so that she may comply with the Magistrate Boland's November 13, 2008, Order. The Court finds that Ms. Basinger does not require the assistance of an attorney to complete the Prisoner Complaint form and assert what named defendants did to violate her constitutional rights. The Court will not extend the time again for Ms. Basinger to file an Amended Complaint so that she may retain an attorney to assist her.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint and assert what named defendants did to violate her constitutional rights. Therefore, the Complaint and action will be dismissed for failure to file an Amended Complaint within the time allowed. Since the Complaint and action will be dismissed without prejudice, Ms. Basinger may proceed with her claims in a new action if she so desires. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 14 day of January, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02036-BNB

Karen Basinger
Prisoner No. 118414
La Vista Corr. Facility
1401 W. 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/15/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk